UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-23569-CIV-WILLIAMS

EDWARD SANTANA,

    Plaintiff,

vs.

RA SUSHI SOUTH MIAMI CORP.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Joint Stipulation for Dismissal with Prejudice (DE 31). Upon review of the Stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of January, 2014.

                                              KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE

CC:
Edward Santana
P.O. Box 836631
Miami, FL 33186